FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
Attorney for Defendant K-Kel, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE HANNA,<br><br>Plaintiff,<br><br>vs.<br><br>K-KEL, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X,<br><br>Defendants. | Case No.: 2:21-cv-00639-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant, K-Kel, Inc. will have an extension of time, up to and including, **Friday, May 14, 2021**, to file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1.) Defendant needs additional time to evaluate and respond to the specific factual allegations in this matter, and counsel for Defendant has ongoing obligations in several other matters, including an NLRB Hearing scheduled to begin Monday, April 26, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /



FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Accordingly, this stipulation is sought in good faith. This is the first request for an extension of this deadline.

Dated this 26th day of April, 2021.

FISHER & PHILLIPS, LLP

By: __/s/ Allison L. Kheel, Esq.______
Scott M. Mahoney, Esq.
Allison L. Kheel, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Attorneys for Defendant

KEMP & KEMP

By: _/s/ James P Kemp, Esq.________
James P. Kemp, Esq.
7435 West Azure Drive
Suite 110
Las Vegas, NV 89130
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

April 30, 2021

DATE





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101