1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8

Case #2:21-cv-00639 _____

Julie Hanna

9

10

Plaintiff(s),

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

11

vs.

12

K-Kel, Inc.

13

14

Defendant(s).

FILING FEE IS $250.00

15

16

_____Kathryn Black,_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

17

18

1.     That Petitioner is an attorney at law and a member of the law firm of

Gilbert Employment Law, P.C.
_____
(firm name)

19

20

with offices at _____1100 Wayne Ave, Ste. 900_____,
(street address)

21

_____Silver Spring_____, _____Maryland_____, 20910 ,
(city)                              (state)              (zip code)

22

23

_____3016080880_____, _____kblack-efile@gelawyer.com_____.
(area code + telephone number)              (Email address)

24

2.     That Petitioner has been retained personally or as a member of the law firm by

25

_____Plaintiff, Julie Hanna_____ to provide legal representation in connection with
[client(s)]

26

27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3.    That since ____December 20, 2019____, Petitioner has been and presently is a

(date)

member in good standing of the bar of the highest Court of the State of ___District of Columbia___

(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7.      That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
DC Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 08/01/2020 | 28:1331 | District Court of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

FOR THE PURPOSES OF THIS CASE ONLY.

*Kathryn Clarke Black*

_____

Petitioner's signature

STATE OF _____Texas_____  )

                                )

COUNTY OF ____TARRANT____  )

_____Kathryn Clarke Black_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Kathryn Clarke Black*

_____

Petitioner's signature

Subscribed and sworn to before me this

__3rd__ day of ____Jun____, 2021 .

*Monica M Adams*

_____

Notary Public or Clerk of Court

Notarized online using audio-video communication

NOTARY PUBLIC
STATE OF TEXAS

Monica M Adams
ID NUMBER
129678507
COMMISSION EXPIRES
March 23, 2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____J.P. Kemp_____,

(name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is:

_____KEMP & KEMP, Attorneys at Law 7435 W. Azure Drive, Suite 110_____,

(street address)

_____Las Vegas_____, _____Nevada_____, __89130__,

(city)                            (state)                  (zip code)

_____702) 258-1183_____, ____jp@kemp-attorneys.com____.

(area code + telephone number)         (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ J.P. Kemp _____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Julie Hanna, Plaintiff_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6375_____    JP@Kemp-attorneys.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

 

On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Kathryn Clarke Black*

was duly qualified and admitted on December 20, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 20,**

Clerk of the Court

Issued By:
District of Columbia Bar Membership