FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
E-Mail Address:  akheel@fisherphillips.com

*Attorney for Defendant K-Kel, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE HANNA, | Case No.: 2:21-cv-00639-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| vs. | |
| K-KEL, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X, | |
| Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time, up to and including September 30, 2021, to file its opposition to Plaintiff's Renewed Motion for Leave to File First Amended Compliant (ECF No. 26), which Motion was filed on September 2,

/ / /

/ / /

/ / /

/ / /

FP 41642600.1

1  2021.  This is the first request for an extension of this deadline.  Due to the scope of the
2  Motion, as well as deadlines in other matters, Defendant needs a few extra days.  This
3  extension will not prejudice either party.
4  Dated this 17th day of September, 2021.

| FISHER & PHILLIPS, LLP | KEMP & KEMP |
|---|---|
| /s/ Allison L. Kheel, Esq. | /s/ James P. Kemp, Esq. |
| Scott M. Mahoney, Esq. | James P. Kemp, Esq. |
| Allison L. Kheel, Esq. | 7435 West Azure Drive |
| 300 S. Fourth Street, Suite 1500 | Suite 110 |
| Las Vegas, NV 89101 | Las Vegas, NV 89130 |
| Attorneys for Defendant | Attorneys for Plaintiff |

### Order

**IT IS SO ORDERED**

**DATED:** 10:00 am, September 20, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**