1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  ALLISON L. KHEEL, ESQ.
   Nevada Bar No. 12986
4  300 S. Fourth Street
   Suite 1500
5  Las Vegas, NV  89101
   Telephone: (702) 252-3131
6  E-Mail Address: smahoney@fisherphillips.com
7  E-Mail Address: akheel@fisherphillips.com

8  *Attorney for Defendant K-Kel, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JULIE HANNA, | Case No.: 2:21-cv-00639-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| vs. | |
| K-KEL, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X, | **(Second Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Julie Hanna, through her counsel, Kemp & Kemp, and Defendant K-Kel, Inc., through its counsel, Fisher & Phillips, LLP, as follows:

1.  On June 25, 2021, the Court entered an Order granting the parties' Stipulated Discovery Plan and Scheduling Order (ECF No. 22).

2.  This is the second request by the parties to extend the discovery deadlines as set forth in the June 25, 2021, Order (ECF No. 22).

3.  The parties stipulate and agree to extend the last day to complete discovery by One Hundred Twenty (120) days to allow the parties to coordinate

FP 41863637.1

multiple schedules and conduct necessary depositions, as well as further written discovery, and expert discovery in order to fully evaluate the claims and defenses presented.

### DISCOVERY COMPLETED TO DATE

On May 27, 2021, both Plaintiff and Defendant served their Initial Disclosures pursuant to FRCP 26(a)(1). Plaintiff has served written discovery requests upon Defendant, and the parties have agreed that Defendant will respond to Plaintiff's requests by October 13.

### DISCOVERY THAT REMAINS TO BE COMPLETED

The Defendant will need to serve written discovery and both parties will need to conduct depositions, and further fact discovery. The parties are currently working on scheduling witness deposition. Discovery from third-parties may also be necessary.

### REASONS FOR THE EXTENSION OF DISCOVERY

In addition to general complications from dealing with the global pandemic and restrictions of COVID-19, Plaintiff has filed a Motion seeking Leave to File a First Amended Complaint which seeks to add an additional claim and three additional defendants. Defendant has opposed this motion on the grounds that the Amendment would be futile. However, as three additional parties would have a significant impact on the course of discovery, the parties believe it is in the best interest of judicial efficiency to postpone the discovery deadlines as set forth below to permit the Court time to address the Motion. Additionally, this extension is necessary to allow the parties' experts sufficient time to review records and to complete reports prior to the disclosure deadline.

### PROPOSED REVISED DISCOVERY PLAN AND SCHEDULE

For the above stated reasons, the parties stipulate and agree that:

1. **Discovery**: The discovery period shall be extended one hundred twenty (120) days from November 10, 2021 to **March 10, 2022**.

2. **Expert Witness Disclosures**: The parties have agreed to extend the

FP 41863637.1

deadline for expert witness disclosure for forty-five (45) days from the current date of October 4, 2021 to **November 18, 2021.**

The deadline for rebuttal expert disclosures will also be extended an additional forty-five (45) days to **December 20, 2021.**

3.   **Dispositive Motions**:   The parties shall have through and including **April 11, 2022** (as the 30th day is Saturday, April 9, 2022), to file dispositive motions, which is 32 days after the discovery deadline.

3.   **Pre-Trial Order**:  If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions, or **May 11, 2022**.  In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

4.   **Deadline to Respond to Outstanding Discovery Requests**: Additionally, the parties have also agreed to extend the date for Defendant to respond to pending discovery requests until **October 13, 2021**.

5.   **Deadline for Plaintiff to file Reply to Defendant's Opposition to Plaintiff's Motion for Leave to Amend the Complaint**: The parties have agreed to extend the deadline for Plaintiff to file its Reply to Defendant's Opposition to Plaintiff's Motion for Leave to Amend the Complaint for seven (7) days from the current date of October 7, 2021 to **October 14, 2021.**

6.   **Extensions or Modifications of the Discovery Plan and Scheduling Order:**  In accordance with Local Rule 26-4, this stipulation for extension of this

/ / /
/ / /
/ / /
/ / /
/ / /

FP 41863637.1

1 discovery plan and scheduling order and the deadlines contained herein, has been made
2 more that twenty-one (21) days before the discovery close deadline.
3     Dated this 4th day of October, 2021.

| FISHER & PHILLIPS, LLP | GILBERT EMPLOYMENT LAW, P.C. |
|---|---|
| /s/ Allison L. Kheel, Esq. | /s/ Nicole M. Diaz, Esq. |
| Scott M. Mahoney, Esq. | Nicole M. Diaz, Esq. (admitted *Pro Hac Vice*) |
| Allison L. Kheel, Esq. | 1100 Wayne Ave., Ste. 900 |
| 300 S. Fourth Street, Suite 1500 | Silver Spring, MD 20910 |
| Las Vegas, NV 89101 | Attorneys for Plaintiff |
| Attorneys for Defendant | |

### Order

**IT IS SO ORDERED**

**DATED:** 10:13 am, October 05, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**