FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
E-Mail Address:  akheel@fisherphillips.com

*Attorney for Defendant K-Kel, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIE HANNA, | Case No.: 2:21-cv-00639-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REBUTTAL EXPERT DISCLOSURE** |
| vs. | |
| K-KEL, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X, | ***(Third Request)*** |
| Defendants. | |

The parties, by and through their undersigned counsel, hereby stipulate to extend to February 3, 2022 the deadline within which Defendant may file a rebuttal expert disclosure and report.  This is the third request for an extension of the rebuttal expert deadline in this matter.  The parties are not presently seeking an extension of the overall discovery deadline.

***Discovery Completed to Date***

The parties have served their Initial Disclosures.  Plaintiff has served written discovery to which Defendant has responded.  Plaintiff has consented to providing an

FP 42547184.1

agreeable form for the release of medical records and Defendant is in the process of preparing subpoenas to various providers.

### *Discovery Remaining to Be Completed*

Depositions of the Plaintiff, expert witnesses, and various current and former employees and third parties.  Plaintiff's Renewed Motion for Leave to File First Amended Complaint (ECF No. 26) is pending, and if granted, could significantly impact discovery with the addition of further parties and claims.

### *Reasons the Rebuttal Disclosure Could Not Be Made Within the Existing Deadline*

Plaintiff served her expert report on November 18, 2021, a week before the Thanksgiving holiday.  It is a "Psychiatric Assessment of Julie Hanna" from Ryan S. Shugarman, M.D., located in Alexandria, Virginia.  The substance of the report (exclusive of CV, list of publications and list of prior testimony) is 18 pages (single-spaced).  The report also references the treatment of Plaintiff by various care providers.

It took some time for Defendant to digest the report and determine that a rebuttal report could be useful.  Defendant also wants to present a rebuttal expert with documentation from the care providers mentioned in the report of Plaintiff's expert.

The foregoing constitutes good cause for extending the rebuttal expert deadline, and good cause for submitting this extension request within 21 days of the existing discovery deadline.

///

///

///

FP 42547184.1

*Date for Completion of Rebuttal Expert Disclosures*

February 3, 2022

| | |
|---|---|
| FISHER & PHILLIPS, LLP | GILBERT EMPLOYMENT LAW, P.C. |
| /s/ Scott M. Mahoney, Esq. | /s/ Kathryn Black, Esq. |
| Scott M. Mahoney, Esq. | Kathryn Black, Esq. (*Pro Hac Vice*) |
| Allison L. Kheel, Esq. | Nicole M. Diaz, Esq. (*Pro Hac Vice*) |
| 300 S. Fourth Street, Suite 1500 | 1100 Wayne Ave., Ste. 900 |
| Las Vegas, NV 89101 | Silver Spring, MD 20910 |
| Attorneys for Defendant | |
| | JAMES P. KEMP, Esq. |
| | KEMP & KEMP |
| | 7435 West Azure Drive, Suite 110 |
| | Las Vegas, NV 89130 |
| | Attorneys for Plaintiff |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

December 21, 2021
_____
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 42547184.1