JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183/(702) 258-6983 (fax)
jp@kemp-attorneys.com
Attorney for Plaintiff Julie Hanna

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| JULIE HANNA, | Case No.:  2:21-cv-00639-JCM-BNW |
| Plaintiff, | Stipulation and Order to Extend Deadline for Discovery Period |
| vs. | |
| K-KEL, INC.. a Nevada Corporation; DOES I-X; and, ROE Business Entities I-X, Mark Broadhurst, Mike York, and Chase Swanson. | [Third Request] |
| Defendants. | |

Pursuant to Local Rules 6-1 Defendant K-Kel, Inc. ("Defendant") and Plaintiff Julie Danou Hanna ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to amend the Order Granting Stipulated Extension of Deadlines (ECF No. 33) as follows:

| | |
|---|---|
| Expert Disclosure Deadline | April 9, 2022 |
| Rebuttal Expert Disclosure Deadline | May 9, 2022[1] |
| Discovery Deadline | June 8, 2022 |
| Dispositive Motion Deadline | July 8, 2022 |
| Joint Pretrial Order Deadline | August 8, 2022 or 30 days from a ruling on a dispositive motion |

---

[1] However, the parties have agreed that any defense rebuttal expert report relating to the report of Plaintiff's expert, Ryan S. Shugarman, will be submitted by April 9, 2022.

1

This is the third request for an extension to the discovery plan and scheduling order in this matter. The requested extension is sought in good faith and not for purposes of undue delay.

**DISCOVERY COMPLETED TO DATE**

The parties have exchanged initial disclosures pursuant to FRCP 26(a)(l). Plaintiff has served written discovery upon the Defendant, and Defendant has provided responses. Defendant has served written discovery on Plaintiff and responses are not yet due. Defendant has subpoenaed five sets of medical records. Plaintiff has served an expert witness report and Defendant has identified an expert it would like to use. The parties have agreed that the Plaintiff's responses are due February 14, 2022, and February 16, 2022. Plaintiff has noticed depositions for February 16, 17, and March 1, 2022.

**DISCOVERY REMAINING**

The deposition of Plaintiff and other parties, current and former employees of Defendant, experts and potentially other persons, as well as possible further written discovery.

**REASON FOR EXTENSION OF DISCOVERY**

In addition to general complications from dealing with the global pandemic and restrictions of COVID-19, Plaintiff's contested motion to file a First Amended Complaint was granted on January 20, 2022 (ECF No. 39), adding three individual defendants to the case. It was prudent that depositions not proceed until it was resolved whether new parties would be added. Also, these parties need to be served before any discovery can be taken from them. As for the rebuttal expert deadline, Defendant has identified a rebuttal expert it would like to use, but that person could not prepare a report within the existing deadline due to his schedule, and not all medical records of Plaintiff have been produced yet in response to the subpoenas that have been propounded.

**PROPOSED DATE FOR THE COMPLETION OF DISCOVERY**

The parties presently believe they can complete discovery by the proposed new date of June 8, 2022.

Respectfully submitted,

DATED      1/28/2022

*/s/ Kathryn Back*                                                                  */s/ Scott Mahoney*
Kathryn Black, Esquire                                                   Scott Mahoney, Esquire
Pro Hac Vice Admission                                               Nevada Bar No. 1099
Attorney for Plaintiff                                                        Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Dated: January 31, 2022

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983