FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com

*Attorney for Defendant K-Kel, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE HANNA, | Case No.: 2:21-cv-00639-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT K-KEL INC. TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |
| vs. | |
| K-KEL, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X, | |
| Defendants. | **(First Request)** |

The parties, by and through their undersigned counsel, hereby stipulate to extend the deadline within which Defendant K-Kel, Inc. ("Defendant") may file its Answer or otherwise respond to Plaintiff's First Amended Complaint to February 14, 2022. This is the first request for an extension of the time to answer the First Amended Complaint in this matter. The parties are not presently seeking an extension of the overall discovery deadline.

/ / /

/ / /

FP 43093882.1

### *Discovery Completed to Date*

The parties have exchanged initial disclosures pursuant to FRCP 26(a)(l). Plaintiff has served written discovery upon the Defendant, and Defendant has provided responses. Defendant has served written discovery on Plaintiff and responses are not yet due. Defendant has subpoenaed five sets of medical records. Plaintiff has served an expert witness report and Defendant has identified an expert it would like to use. Plaintiff has noticed the deposition of Kevin Kelly for Thursday, February 17, 2022.

### *Discovery Remaining to Be Completed*

In addition to general complications from dealing with the global pandemic and restrictions of COVID-19, Plaintiff's contested motion to file a First Amended Complaint was granted on January 20, 2022 (ECF No. 39), adding three individual defendants to the case, which have yet to be served and have not yet had time to answer or appear in this case. Additional discovery as to these individuals will need to wait until such time as they have appeared in the case, and pending discovery may also be delayed as the new individual defendants should be permitted the opportunity to participate in discovery and defend the depositions in order to avoid duplication of efforts.

### *Reason for Requested Extension*

Defendant, K-Kel requested this extension of the answer deadline to permit Defendant additional time to file objections to the Order which otherwise would be due on the same day, and Defendant also wanted additional time to see if individual defendants had been served and retained counsel.

/ / /

/ / /

/ / /

FP 43093882.1

This extension is sought in good faith and should not prejudice the rights of any party in this case or cause undue delay.

Dated this 11th day of February, 2022.

| FISHER & PHILLIPS, LLP | GILBERT EMPLOYMENT LAW, P.C. |
|---|---|
| /s/ Allison L. Kheel, Esq.<br>Scott M. Mahoney, Esq.<br>Allison L. Kheel, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendant, K-Kel, Inc. | /s/   Kathryn Black, Esq.<br>Kathryn Black, Esq. (*Pro Hac Vice*)<br>Gary M. Gilbert, Esq., (*Pro Hac Vice*)<br>1100 Wayne Ave., Ste. 900<br>Silver Spring, MD 20910<br><br>JAMES P. KEMP, Esq.<br>KEMP & KEMP<br>7435 West Azure Drive, Suite 110<br>Las Vegas, NV 89130<br><br>Attorneys for Plaintiff |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

February 14, 2022
_____
DATED