FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
E-Mail Address:  akheel@fisherphillips.com

*Attorney for Defendants K-Kel, Inc., Mark Broadhurst and Chase Swanson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JULIE HANNA, | Case No.: 2:21-cv-00639-JCM-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS MARK BROADHURST AND CHASE SWANSON TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| K-KEL, INC., a Nevada Corporation; DOES I-X; and ROE Business Entities I-X Mark Broadhurst, Mike York, and Chase Swanson, | |
| Defendants. | **(First Request)** |

Plaintiff, Julie Hanna ("Plaintiff") and Defendants, K-Kel, Inc, Mark Broadhurst and Chase Swanson, by and through their undersigned counsel, hereby stipulate to extend the deadline within which Defendants Mark Broadhurst and Chase Swanson ("Defendants") may file their Response to Plaintiff's First Amended Complaint from the current deadlines of February 25, 2022 and March 1, 2022, respectively, to up to and including **March 7, 2022**.

/ / /

FP 43345826.1

*Reason for Requested Extension*

The parties agree that Defendants Broadhurst and Swanson need additional time to prepare their response. This is the first request for an extension of the deadline to file a response to the First Amended Complaint for these two Defendants in this matter, as these two Defendants were only recently served and added to the matter.

This request is made in good faith and not for the purpose of delay.

Dated this 25th day of February, 2022.

| FISHER & PHILLIPS, LLP | GILBERT EMPLOYMENT LAW, P.C. |
|---|---|
| /s/ Allison L. Kheel, Esq.<br>Scott M. Mahoney, Esq.<br>Allison L. Kheel, Esq.<br>300 S. Fourth Street, Suite 1500<br>Las Vegas, NV 89101<br>*Attorneys for Defendants, K-Kel, Inc., Mark Broadhurst and Chase Swanson* | /s/   Kathryn Black, Esq.<br>Kathryn Black, Esq. (*Pro Hac Vice*)<br>Gary M. Gilbert, Esq., (*Pro Hac Vice*)<br>1100 Wayne Ave., Ste. 900<br>Silver Spring, MD 20910<br><br>JAMES P. KEMP, Esq.<br>KEMP & KEMP<br>7435 West Azure Drive, Suite 110<br>Las Vegas, NV 89130<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

February 28, 2022
DATED

FP 43345826.1