JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183/(702) 258-6983 (fax)
jp@kemp-attorneys.com
Attorney for Plaintiff Julie Hanna

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| JULIE HANNA,<br><br>       Plaintiff,<br>vs.<br><br>K-KEL, INC.. a Nevada Corporation; DOES I-X; ROE Business Entities I-X; Mark Broadhurst; Mike York; and Chase Swanson,<br>       Defendants. | Case No.: 2:21-cv-00639-JCM-BNW<br><br>Stipulation and Order to Extend Deadline for Response and Reply to Defendants Mark Broadhurst's and Chase Swanson's Motions to Dismiss (ECF No. 60 + 61)<br><br>[First Request] |

  Pursuant to Local Rule 6-1, Defendant K-Kel, Inc. ("Defendant") and Plaintiff Julie Danou Hanna ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to a fourteen (14) day extension of Plaintiff's deadline to file an Opposition to Defendants Mark Broadhurst's and Chase Swanson's Motions to Dismiss (ECF No. 60 + 61) and Defendants' deadline to file a Reply to Plaintiff's Opposition, as follows:

| | Old Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opposition Deadline | March 21, 2022 | April 4, 2022 |
| Defendant's Reply Deadline | March 28, 2022 | April 11, 2022 |

  This is the first request for an extension of these deadlines. The requested extension is sought in good faith and not for purposes of undue delay.

1

**GOOD CAUSE FOR EXTENSION OF DEADLINES**

This extension is necessitated to accommodate the heavy litigation schedule faced by Plaintiff's counsel over the next few weeks. Additionally, the Parties are currently engaged in settlement discussions and believe additional time is necessary to fully explore settlement before additional attorney's fees are incurred in this litigation.

Respectfully submitted,

DATED        3/15/2022

*/s/ Kathryn Back*  
Kathryn Black, Esquire  
Pro Hac Vice Admission  
Attorney for Plaintiff

*/s/ Allison Kheel*  
Allison Kheel, Esquire  
Nevada Bar No. 12986  
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

_____  
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2022_____.

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 ♦ Fax (702) 258-6983