```
1  JAMES P. KEMP, ESQUIRE
   Nevada Bar No. 006375
2  KEMP & KEMP, ATTORNEYS AT LAW
   7435 W. Azure Drive, Suite 110,
3  Las Vegas, NV  89130
   (702) 258-1183/(702) 258-6983 (fax)
4  jp@kemp-attorneys.com
5  Attorney for Plaintiff Julie Hanna
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| JULIE HANNA, | Case No.: 2:21-cv-00639-JCM-BNW |
| Plaintiff, | Stipulation and Order to Extend Deadline for Response and Reply to Defendants Michael York Motions to Dismiss (ECF No. 59) |
| vs. | |
| K-KEL, INC.. a Nevada Corporation; et al, | [First Request] |
| Defendants. | |

      Pursuant to Local Rule 6-1, Plaintiff Julie Danou Hanna ("Plaintiff") and Defendant Michael York ("Defendant"), by and through their undersigned counsel, hereby stipulate to a twenty one (21) day extension of Plaintiff's deadline to file an Opposition to Defendant Michael York's Motion to Dismiss (ECF No. 59) and Defendants' deadline to file a Reply to Plaintiff's Opposition, as follows:

| | Old Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opposition Deadline | March 17, 2022 | April 7, 2022 |
| Defendant's Reply Deadline | March 24, 2022 | April 14, 2022 |

      This is the first request for an extension of these deadlines. The requested extension is sought in good faith and not for purposes of undue delay.

1

**GOOD CAUSE FOR EXTENSION OF DEADLINES**

This extension is necessitated to accommodate the heavy litigation schedule faced by Plaintiff's counsel over the next few weeks. Additionally, the Parties are currently engaged in settlement discussions and believe additional time is necessary to fully explore settlement before additional attorney's fees are incurred in this litigation.

Respectfully submitted,

DATED 3/15/2022

/s/ *Kathryn Black*
Kathryn Black, Esquire
Pro Hac Vice Admission
Attorney for Plaintiff

/s/ Mitchell Bisson
Mitchell Bisson, Esquire
Nevada Bar No. 11920
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2022