JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183/(702) 258-6983 (fax)
jp@kemp-attorneys.com
Attorney for Plaintiff Julie Hanna

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

JULIE HANNA,

                Plaintiff,

vs.

K-KEL, INC.. a Nevada Corporation; DOES I-X; ROE Business Entities I-X; Mark Broadhurst; Mike York; and Chase Swanson,

                Defendants.

Case No.: 2:21-cv-00639-JCM-BNW

Stipulation and Order to Extend Deadline for Response and Reply to Defendants Mark Broadhurst's and Chase Swanson's Motions to Dismiss (ECF No. 60 + 61)

[Second Request]

       Pursuant to Local Rule 6-1, Defendant K-Kel, Inc. ("Defendant") and Plaintiff Julie Danou Hanna ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to a fourteen (14) day extension of Plaintiff's deadline to file an Opposition to Defendants Mark Broadhurst's and Chase Swanson's Motions to Dismiss (ECF No. 60 + 61) and a twenty-one (21) day extension of Defendants' deadline to file a Reply to Plaintiff's Opposition, as follows:

|  | Old Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opposition Deadline | April 4, 2022 | April 18, 2022 |
| Defendant's Reply Deadline | April 11, 2022 | May 2, 2022 |

       This is the second request for an extension of these deadlines. The requested extension is sought in good faith and not for purposes of undue delay.

# GOOD CAUSE FOR EXTENSION OF DEADLINES

This extension is necessitated by the withdrawal of Plaintiff's counsel Kathryn Black from this matter. As Ms. Black was the lead attorney representing Plaintiff, her departure from Gilbert Employment Law P.C. will result in the reassignment of her case responsibilities, which include preparing Plaintiff's Oppositions to the Motions to Dismiss filed by Defendants Broadhurst and Swanson. A two-week extension would allow Plaintiff's counsel to reassign her responsibilities appropriately and with consideration for the heavy litigation schedule faced by the remainder of Plaintiff's counsel over the next few weeks.

Respectfully submitted,

DATED      3/30/2022

/s/ Gary Gilbert                                    /s/ Scott Mahoney
Gary M. Gilbert, Esq.                        Scott M. Mahoney, Esq.
*Pro Hac Vice*                                     Nevada Bar No. 1099
Attorney for Plaintiff                         Attorney for Defendant

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2022_____.

2