JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183/(702) 258-6983 (fax)
jp@kemp-attorneys.com
Attorney for Plaintiff Julie Hanna

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

JULIE HANNA,

                Plaintiff,

vs.

K-KEL, INC.. a Nevada Corporation; et al,

                Defendants.

Case No.: 2:21-cv-00639-JCM-BNW

Stipulation and Order to Extend Deadline for Response and Reply to Defendants Michael York Motions to Dismiss (ECF No. 59)

[Second Request]

      Pursuant to Local Rule 6-1, Plaintiff Julie Danou Hanna ("Plaintiff") and Defendant Michael York ("Defendant"), by and through their undersigned counsel, hereby stipulate to a fourteen (14) day extension of Plaintiff's deadline to file an Opposition to Defendant Michael York's Motion to Dismiss (ECF No. 59) and Defendants' deadline to file a Reply to Plaintiff's Opposition, as follows:

|  | Old Deadline | New Deadline |
|---|---|---|
| Plaintiff's Opposition Deadline | April 7, 2022 | April 21, 2022 |
| Defendant's Reply Deadline | April 14, 2022 | April 28, 2022 |

      This is the second request for an extension of these deadlines. The requested extension is sought in good faith and not for purposes of undue delay.

1

**GOOD CAUSE FOR EXTENSION OF DEADLINES**

This extension is necessitated by the withdrawal of Plaintiff's counsel Kathryn Black from this matter. As Ms. Black was the lead attorney representing Plaintiff, her departure from Gilbert Employment Law P.C. will result in the reassignment of her case responsibilities, which include preparing Plaintiff's Opposition to the Motion to Dismiss filed by Defendant York. A two-week extension would allow Plaintiff's counsel to reassign her responsibilities appropriately and with consideration for the heavy litigation schedule faced by the remainder of Plaintiff's counsel over the next few weeks.

Respectfully submitted,

DATED 3/31/2022

/s/ Kathryn Black
Kathryn Black, Esquire
Pro Hac Vice Admission
Attorney for Plaintiff

/s/
Mitchell Bisson, Esquire
Nevada Bar No. 11920
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: April 1, 2022.